1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
       FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                    EASTERN DIVISION
10

11  DANIEL L. RASH, II,              )       CASE NO.: **EDCV 12-0759 CW**
                                     )
12              Plaintiff,           )       ORDER AWARDING
                                     )       EAJA FEES
13         v.                        )
                                     )
14  CAROLYN W. COLVIN[1],            )
    Commissioner of Social Security  )
15  Administration,                  )
                                     )
16              Defendant.           )
    _____)

17         Based upon the parties' Stipulation for Award and Payment of Equal Access

18  to Justice Act (EAJA) Fees ("Stipulation"),

19         **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

20  Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND

21  TWO HUNDRED SEVENTY-FOUR DOLLARS and no/cents ($3,274.00), as

22  authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

23  Stipulation.

24         DATED: May 29, 2013 _____Carla M. Woehrle_____
                                    UNITED STATES MAGISTRATE JUDGE
25

26         [1]Carolyn W. Colvin became the Acting commissioner of Social Security on February 14,
    2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should
27  be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken
    to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act,
28  42 U.S.C. § 405(g).

                                       1